HEARNE v. SHERMAN

No. 309A98

Case below: 130 N.C.App. 340

Motion by respondent (Sherman et al) to dismiss appeal allowed 3 December 1998. Petition by petitioner for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 3 December 1998. Justice Wynn recused.

HILL v. BRADY

No. 455P98

Case below: 131 N.C.App. 152

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 December 1998.